BENNETT *et al. v.* BLACKSHEAR MANUFACTURING COMPANY.

PER CURIAM. The evidence authorized the verdict for the plaintiff. No ground of the motion for new trial shows cause for reversal.

*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents.*

No. 11328. NOVEMBER 13, 1936.

*C. A. Williams* and *J. B. Moore,* for plaintiffs in error.
*Memory & Memory, Homer L. Causey, A. J. Tulen,* and *Wilson, Bennett & Pedrick,* contra.